ACCEPTED
04-15-00174-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/10/2015 11:46:40 AM
KEITH HOTTLE
CLERK

No. 04-15-00174-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
8/10/2015 11:46:40 AM
KEITH E. HOTTLE
Clerk

**IN THE**

**FOURTH COURT OF APPEALS**

**AT SAN ANTONIO, TEXAS**

EX PARTE JUAN JOSE GARCIA

Cause No. 8,044
Appealed from the 49th Judicial District Court of
Zapata County, Texas

**APPELLANT'S MOTION TO EXTEND TIME TO FILE BRIEF**

Appellant, the Texas Department of Public Safety, asks the Court to extend the time to file its brief. As good cause for filing this motion, the Department respectfully shows:

1.   No rule provides a deadline to file a Motion to Extend Time. *See* TEX. R. APP. P. 38.6(d).

2. This Court has the authority under TEX. R. APP. P. 38.6(d) to extend the time to file a brief.

3. This is an appeal of an Order Granting Expunction entered on September 29, 2014.

4. The Department's brief is due to be filed on August 10, 2015.

5. The Department now seeks a 30-day extension, which would make its brief due on September 10, 2015.

6. This is the second request for an extension. The first request extended the deadline from July 10, 2015 to August 10, 2015.

7. This extension of time is necessary because the Department did not receive an affidavit acknowledging the lack of reporter's record until July 31, 2015. The undersigned attorney also has been working on the following pending cases: *Ex parte C.P.J. II* (07-15-00278-CV); *Ex parte Vega* (13-15-00245-CV); and, *J.W.D. v. Texas Department of Public Safety* (15-0091).

8. An extension of time for filing the Department's brief will not delay submission of this cause in its prescribed order, and no harm will result to Appellee, Juan Jose Garcia, as a result of an extension of time for filing because the case has not yet been set for submission.

For these reasons, the Department asks this Court to grant an extension of time to file its brief until September 10, 2015.

Respectfully submitted,


/s/ Daniel Olds
Daniel Olds
Crime Records Attorney
State Bar No. 24088152
Texas Department of Public Safety
Crime Records Service (MSC 0234)
P.O. Box 4143
Austin, Texas 78765-4143
Tel. (512) 424-5836
Fax (512) 424-5666
daniel.olds@dps.texas.gov
ATTORNEY FOR APPELLANT

## CERTIFICATE OF CONFERENCE

This certifies that the Department's counsel attempted to contact Calixtro Villarreal, Jr., counsel for Appellee, Juan Jose Garcia, regarding this motion. Mr. Villarreal has not responded.

/s/ Daniel Olds
Daniel Olds
Crime Records Attorney
Texas Department of Public Safety

## CERTIFICATE OF RULE 9 COMPLIANCE

This certifies that this document contains 265 words, excluding any parts exempt by TEX. R. APP. P. 9(i)(1). The body of the text is in 14-point font, and any footnotes are in at least 12-point font.

/s/ Daniel Olds
Daniel Olds
Crime Records Attorney
Texas Department of Public Safety

## CERTIFICATE OF SERVICE

This certifies that a copy of this motion has been served upon the opposing party at the below fax number on August 10, 2015.

/s/ Daniel Olds
Daniel Olds
Crime Records Attorney
Texas Department of Public Safety

**Faxed to (956) 487-8670**

Juan Jose Garcia
c/o Calixtro Villarreal, Jr.
State Bar No. 20581905
102 N. Texas St.
Rio Grande City, Texas 78582